SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Norman Chu, et al<br><br>          Defendants | ) Case No. **2:11-cv-01005-GEB-GGH**<br>)<br>) STIPULATION AND ORDER RE:<br>) EXTENSION OF TIME UNTIL JULY<br>) 30, 2011 FOR DEFENDANT NORMAN<br>) CHU INDIVIDUALLY AND AS TRUSTEE<br>) OF THE NORMAN CHU AND SYLVIA<br>) CHU 1989 REVOCABLE LIVING<br>) TRUST, DATED NOVEMBER 11, 1989;<br>) SYLVIA CHU INDIVIDUALLY AND AS<br>) TRUSTEE OF THE NORMAN CHU AND<br>) SYLVIA CHU 1989 REVOCABLE<br>) LIVING TRUST, DATED NOVEMBER<br>) 11, 1989 TO RESPOND TO<br>) COMPLAINT<br>)<br>) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N.

Johnson and Defendants, Norman Chu Individually and as

Trustee of the Norman Chu and Sylvia Chu 1989 Revocable

Living Trust, dated November 11, 1989; Sylvia Chu

Individually and as Trustee of the Norman Chu and Sylvia

Chu 1989 Revocable Living Trust, dated November 11, 1989, by and through their respective attorneys of record, Scott N. Johnson; Erick C. Turner, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Norman Chu Individually and as Trustee of the Norman Chu and Sylvia Chu 1989 Revocable Living Trust, dated November 11, 1989; Sylvia Chu Individually and as Trustee of the Norman Chu and Sylvia Chu 1989 Revocable Living Trust, dated November 11, 1989 until June 30, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Norman Chu Individually and as Trustee of the Norman Chu and Sylvia Chu 1989 Revocable Living Trust, dated November 11, 1989; Sylvia Chu Individually and as Trustee of the Norman Chu and Sylvia Chu 1989 Revocable Living Trust, dated November 11, 1989 are granted an extension until July 30, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Norman Chu Individually and as Trustee of the Norman Chu and Sylvia Chu 1989

Revocable Living Trust, dated November 11,
1989; Sylvia Chu Individually and as Trustee of
the Norman Chu and Sylvia Chu 1989 Revocable
Living Trust, dated November 11, 1989 response
will be due no later than July 30, 2011.


IT IS SO STIPULATED effective as of June 29, 2011

Dated:   June 29, 2011                    /c/Erick C. Turner

                                          Erick C. Turner,

                                          Attorney for Defendants

                                          Norman Chu Individually

                                          and as Trustee of the

                                          Norman Chu and Sylvia

                                          Chu 1989 Revocable

                                          Living Trust, dated

                                          November 11, 1989;

                                          Sylvia Chu Individually

                                          and as Trustee of the

                                          Norman Chu and Sylvia

                                          Chu 1989 Revocable

                                          Living Trust, dated

                                          November 11, 1989

Dated:   June 29, 2011                    /s/Scott N. Johnson

                                          Scott N. Johnson,

                                          Attorney for Plaintiff




**IT IS SO ORDERED:** that Defendants Norman Chu Individually and as Trustee of the Norman Chu and Sylvia Chu 1989 Revocable Living Trust, dated November 11, 1989; Sylvia Chu Individually and as Trustee of the Norman Chu and Sylvia Chu 1989 Revocable Living Trust, dated November 11, 1989 shall have until July 30, 2011 to respond to complaint.

DATED: July 6, 2011

                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge